IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

PAUL BALLINGER

       Plaintiff

**COMPLAINT AND JURY DEMAND**

      v.                     CIVIL ACTION NO:  3:23CV-58-DJH

UNITED STATES OF AMERICA,
    Serve:
        Hon. Merrick B. Garland
        United States Attorney General
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001
        **Via Certified Mail**

    Serve:
        Hon. Michael A. Bennett
        U.S. Attorney's Office
        Western District of Kentucky
        717 West Broadway
        Louisville, Kentucky 40202
        **Via Certified Mail**

        Defendant.

COMPLAINT

Comes the Plaintiff, Paul Ballinger, and for his Complaint and Jury Demand against Defendant, The United States of America ("Defendant"), alleges as follows:

GENERAL ALLEGATIONS

1.      On July 14, 2020, Paul Ballinger was the restrained driver in a 2001 Ford F150 that was traveling northbound on Taylorsville Road in Louisville, Jefferson County, Kentucky. Joseph T. Barton, as an employee of the U.S. Postal Service, was exiting a business parking lot, proceeding to drive straight across the street. Barton pulled forward into the street causing a T-

bone type collision when he smashed into the passenger side of Mr. Ballinger's vehicle.

2. The impact was so forceful that the Mr. Ballinger's eyeglass flew from his face and his toolbox was thrown from his vehicle rendering it and its contents irreparable. Additionally, the truck that Mr. Ballinger was driving sustained serious property damage.

3. Mr. Ballinger sought medical treatment for his multiple injuries. He was diagnosed with multiple contusions, sprains, strains and fractured rib. He was prescribed narcotic pain medication and muscle relaxer, and sought lengthy treatment with primary care, chiropractic care, and physical therapy. Despite this extensive treatment, his pain and suffering continues as of the date of this Complaint.

## JURISDICTION AND VENUE

1. Plaintiff alleges that all claims are claims arising in tort against the Defendant, the United States of America pursuant to the Federal Torts Claims Act, 28 U.S.C.A. § 1346(b). Per 39 U.S.C.A. §409, suits against the United States Postal Service and their employees are to be brought pursuant to the Federal Torts Claims Act, and the United States District Court shall have original jurisdiction.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C.A. § 1346(b) because the United States Postal Service was negligent as well as grossly and wantonly negligent in causing the motor vehicle collision which caused the personal injury and damages as well as the property damages of the Plaintiff.

3. As a direct result, the plaintiff has suffered and will continue to suffer extreme emotional and physical pain, suffering, upset and torture, as well as past and future wage loss, past and future medical bills, and property damage well in excess of the jurisdictional limits of this Court.

4. The Court has personal jurisdiction over the United States of America, the United States Postal Service and its employee Joseph T. Barton consistent with Kentucky Law and the United States Constitution by virtue of the fact that plaintiff was domiciled in the Commonwealth of Kentucky when the negligence and gross and wanton conduct occurred and was considered a resident of the Commonwealth of Kentucky at all times relevant hereto.

5. This action is ripe for adjudication before this court as the Form 95 has been filed and more than six (6) months have passed with no decision made by the United States on whether to accept or deny the claim. Under these circumstances, pursuant to the Federal Torts Claims Act, a plaintiff may file a suit to resolve the claims raised administratively.

## PARTIES

6. Plaintiff, Paul Ballinger, is an adult individual and at all times pertinent to this lawsuit resided in Shoals, Indiana and the collision which is the subject matter of this claim occurred in Louisville, Jefferson County, Kentucky.

7. Defendant, the United States of America is an appropriate Defendant to this action pursuant to the Federal Torts Claims Act and is served through the Attorney General Merrick Garland.

8. At all times relevant and material, Defendant was responsible for providing employees of the United States Postal Service who operated their motor vehicles in a reasonable and prudent fashion and further, employees employed by Defendant negligently, recklessly and wantonly failed to comply with the duty to operate their vehicles in a safe and prudent fashion resulting in property damages and personal injury to Plaintiff Paul Ballinger.

## COUNT I

9. At all times relevant hereto, Defendant was responsible for providing employed

who operated their vehicles in a safe, reasonable and prudent manner.

10. At all times relevant hereto, Defendant, through its employees, agents, servants, workmen, and/or representatives who were acting within the scope of their employment and/or authority and in furtherance of Defendant's interests and business, failed in their duties as owed to Plaintiff, Paul Ballinger.

11. As a result of this failure and negligence, plaintiff has suffered significant damages including but not limited to past and future pain and suffering, past and future medical bills, past and future wage loss and property damage.

12. As a result of all these damages, Plaintiff is demanding $109,289.31, as set forth more fully in his Form 95 and exhibits to same.

**WHEREFORE**, Plaintiff prays for relief as follows:

1. Compensatory damages in excess of the jurisdictional amount, including, but not limited to past and future physical and mental pain and suffering; past and future wage loss; past and future medical bills; and property damage and other non-economic damages in an amount to be determined at trial of this action, not to exceed $109,289.31;

2. Pre- and post-judgment interest;

3. Such further relief as the Court deems necessary, just, and proper.

MCCOY & HIESTAND, PLC

By: ___/s/__ Sheila P. Hiestand_____

Sheila P. Hiestand
McCoy & Hiestand, PLC
108 Browns Lane
Louisville, Kentucky 40207
1(800)254-4444
Fax: 1(502)233-8409
sheila@mhkylaw.com